# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  EXTENSION OF TEMPORARY   :   No. 322 Common Pleas Judicial
ASSIGNMENT OF PHILADELPHIA   :   Classification Docket
MUNICIPAL COURT JUDGES TO THE   :
COURT OF COMMON PLEAS OF THE   :
FIRST JUDICIAL DISTRICT OF   :
PENNSYLVANIA   :

## O R D E R

**PER CURIAM:**


AND NOW, this 4th day of December, 2014, pursuant to Article V, Section 10(a) of the Pennsylvania Constitution, we grant the Petitions of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for extension of the temporary assignment through February 15, 2016, of the following Philadelphia Municipal Court Judges to the Court of Common Pleas of the First Judicial District of Pennsylvania:

The Honorable Frank T. Brady
The Honorable James M. DeLeon
The Honorable Teresa Carr Deni
The Honorable Patrick F. Dugan
The Honorable William A. Meehan, Jr.
The Honorable Bradley K. Moss
The Honorable Marsha H. Neifield
The Honorable David C. Shuter
The Honorable Craig M. Washington